No. 3298.—GÓMEZ, apdo., *v.* BRAVO, AMERICAN COLONIAL BANK, y ROYAL BANK OF CANADA, demandados y apelante el 2°. — C. D. Mayagüez. Mayo 20, 1925. Preferencia de crédito.

POR CUANTO se nos pide que reconsideremos nuestra sentencia en este caso por cuatro motivos sin que los tres primeros aduzcan razones suficientes para hacer variar los fundamentos de nuestra sentencia;

POR CUANTO en el cuarto motivo se aduce un nuevo error que no fué alegado en el señalamiento de errores hecho por el apelante en su alegato para sostener su apelación, ni aparece de las alegaciones que esa cuestión fuera suscitada, por lo que no procede considerarla.

POR TANTO, *no ha lugar* a reconsiderar nuestra sentencia de abril 20, 1925.